MARY DRYOVAGE
Law Offices of Mary Dryovage

351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 593-0095
Fax: (415) 399-8792
Email: mdryovage@igc.org

WENDY MUSELL
Stewart & Musell

351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 593-0083
Fax: (415) 520-0920
Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff
JOSEPH J. FANUCCHI, M.D.

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6927
neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK R. DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH J. FANUCCHI, M.D., | No. C 11-0737 SBA |
| Plaintiff, | **STIPULATION TO EXTEND MEDIATION DEADLINE; ORDER** |
| v. | |
| PATRICK R. DONAHOE, U.S. Postmaster General, | |
| Defendant. | |

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
C 11-0737 SBA

1     Subject to the approval of the Court, and after consultation with the Court's ADR Unit,
2 the parties, by and through their attorneys of record, hereby stipulate to extend the mediation
3 deadline to 90 days after defendant files an answer, if any.  The current deadline is 120 days
4 from the date of the Stipulation and Order Selecting ADR Process, which was dated September
5 29, 2011, and filed October 3, 2011.
6     The parties believe good cause exists for this request as follows.  Defendant's motion to
7 dismiss (Doc. #9) has been fully briefed and is awaiting decision.  The parties understand from
8 the ADR Unit that it may be easier to assign a mediator once a decision has been issued and any
9 answer has been filed.  Additionally, defendant believes mediation would be more productive
10 after its motion to dismiss has been ruled on and any answer has been filed.  Although plaintiff is
11 willing to mediate the case at any time, plaintiff does not object to extending the mediation
12 deadline as requested herein.
13     This is the first request to extend the mediation deadline.  This Court previously granted
14 defendant's administrative motion to continue the date of the initial CMC (see Doc. #16) and
15 plaintiff's Motion for Extension of Time to File Response/Reply (see Doc. #25).  There is no
16 trial date and there are currently no other case management dates aside from the mediation
17 deadline.

20 DATED: December 13, 2011        By:         /s/
                                    MARY DRYOVAGE
21                                  Attorney for Plaintiff

23 DATED: December 13, 2011        By:         /s/
                                    WENDY MUSELL
24                                  Attorney for Plaintiff

                                    MELINDA HAAG
26                                  United States Attorney

27
28 DATED: December 13, 2011        By:         /s/
                                    NEILL T. TSENG

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
C 11-0737 SBA                            2

1 |       Assistant United States Attorney
2 |       Attorneys for Defendant

STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
C 11-0737 SBA     3

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 12/14/11

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE